UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Fernando Suzara
                                     Plaintiff,

v.                                                   Case No.: 1:16–cv–00551
                                                        Honorable Sara L. Ellis

Crown Castle USA, Inc.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 20, 2016:

       MINUTE entry before the Honorable Sara L. Ellis: The initial status conference in this matter is set for 3/15/2016 at 9:30AM. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 3/8/2016. Plaintiff's motion for leave to file motion for and memorandum in support of conditional certification of a collective action to issue notice and class certification pursuant to Rule 23 with excess pages, instanter [4] is entered and continued. No appearance required, 1/20/2016. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.