# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Fernando Suzara

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:16–cv–00551
　　　　　　　　　　　　　　　　　　　Honorable Sara L. Ellis

Crown Castle USA, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 15, 2016:

    MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 3/15/2016. Discovery schedule: 26(a) disclosures due by 4/5/2016; written discovery to issue by 4/12/2016; fact discovery closes on 11/4/2016. Status hearing set for 11/2/2016 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.