IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FERNANDO SUZARA, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>  v.<br><br>CROWN CASTLE USA INC., a Pennsylvania corporation,<br><br>    *Defendant.* | Case No.: 16-cv-0551<br><br>Judge Sara L. Ellis |

## NOTICE OF UNOPPOSED MOTION

TO: See attached certificate of service.

**PLEASE TAKE NOTICE** that on October 19, 2016, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead in Courtroom 1403 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the ***Unopposed Motion to Extend Discovery Deadline,*** a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

            **FERNANDO SUZARA**, individually and on
            behalf of all others similarly situated,

Dated: October 13, 2016      By: /s/ Courtney C. Booth
              One of Plaintiff's Attorneys

            Jay Edelson
            jedelson@edelson.com
            Benjamin H. Richman
            brichman@edelson.com
            Courtney C. Booth
            cbooth@edelson.com
            EDELSON PC
            350 North LaSalle Street, Suite 1300
            Chicago, Illinois 60654
            Tel: 312.589.6370
            Fax: 312.589.6378

        Kyle Robert Kasmarick
        The Law Offices of Nicholas C. Syregelas
        19 North Green Street
        Chicago, IL 60607
        Tel: 312.243.0900
        Fax: 312.243.0901
        kkasmarick@syregelaslaw.com

**CERTIFICATE OF SERVICE**

      I, Courtney C. Booth, an attorney, certify that on October 13, 2016, I served the above and foregoing by causing true and accurate copies of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                              /s/ Courtney C. Booth