**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FERNANDO SUZARA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CROWN CASTLE USA, INC., a Pennsylvania corporation,<br><br>      Defendant. | Case No. 1:16-cv-00551<br><br>Honorable Sara L. Ellis<br><br>Magistrate Judge Maria Valdez |

## JOINT STATUS REPORT ON MEDIATION

Plaintiff Fernando Suzara and Defendant Crown Castle USA Inc., by and through their respective undersigned counsel, submit this mediation status report pursuant to the Court's Order dated May 16, 2017 (Doc. 39):

1. Plaintiff filed this Class and Collective Action on January 14, 2016, asserting claims under the Fair Labor Standards Act and state law claims under Illinois and Idaho law.

2. Following an extensive period of discovery, the parties agreed to mediation before the Honorable Judge Andersen (Ret.). The Court then stayed this matter pending that mediation, which occurred at June 1, 2017. (Doc. 33, 39).

3. At the conclusion of a day-long mediation with Judge Andersen, the parties circulated a Memorandum of Understanding on key terms and are working through any remaining issues and terms. Accordingly, the parties respectfully request that the Court continue the stay for an additional thirty (30) days.

4. Given the current posture, the parties also believe that the Court can strike the status date set forth June 21, 2017, and set this matter for another status in approximately thirty (30) days.

| | |
|---|---|
| **DATED:** June 16, 2017.<br><br>By: /s/ Colleen G. DeRosa<br>　　One of the Attorneys for Defendant<br>　　CROWN CASTLE USA INC.<br><br>Harry J. Secaras<br>Michael D. Ray<br>Colleen G. DeRosa<br>**OGLETREE, DEAKINS, NASH,**<br>　**SMOAK & STEWART, P.C.**<br>155 North Wacker Drive, Suite 4300<br>Chicago, Illinois 60606<br>Telephone: 312.558.1220<br>Facsimile: 312.807.3619<br>*harry.secaras@ogletreedeakins.com*<br>*michael.ray@ogletreedeakins.com*<br>*colleen.derosa@ogletreedeakins.com* | Respectfully submitted,<br><br>By: /s/ Benjamin H. Richman (*w/ permission*)<br>　　One of the Attorneys for Plaintiff<br>　　FERNANDO SUZARA<br><br>Jay Edelson<br>Benjamin H. Richman<br>Eve-Lynn Rapp<br>**EDELSON PC**<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>*jedelson@edelson.com*<br>*brichman@edelson.com*<br>*erap@edelson.com*<br><br>Nicholas C. Syregelas<br>Kyle R. Kasmarick<br>THE LAW OFFICES OF NICHOLAS C. SYREGELAS<br>19 North Green Street<br>Chicago, IL 60607<br>*nsyregelas@syregelaslaw.com*<br>*kkasmarick@syregelaslaw.com* |